## No. 48.—E. W. Elton, Executor, v. John R. Temple.

Questions of fact not raised on trial in the District Court cannot be examined on appeal. Succession of King, reported above; Constitution, article 74.

APPEAL from the Twelfth District Court of the parish of Morehouse. *Crawford*, J. *Newton & Hall*, for plaintiff and appellee. *Parsons & Morgan*, for defendant and appellant.

LUDELING, C. J. This appeal was taken by petition from a judgment by default made final on the sixteenth of June, 1866. More than a year having elapsed before the application for the appeal, the defend-

ant alleged under oath that when the judgment was rendered he resided in the State of Pennsylvania, and that he has continuously resided there since that period.

The appellee has filed a motion to dismiss the appeal, in which it is denied that Temple was a nonresident. This presents a question of fact not raised in the District Court. This court has not original jurisdiction. Article seventy-four of the Constitution of 1868; succession of King, 21 An. 502.

It is therefore ordered that the case be remanded to the court a quo with directions to try that issue.